**Opinion issued July 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-24-00296-CV

———————————————

**SHEILA FOSTER, Appellant**

**V.**

**SPRING HOSPITAL, HEIGHTS HOSPITAL AND NORTH HOUSTON SURGICAL HOSPITAL, LLC, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-81813**

---

## MEMORANDUM OPINION

Appellant Sheila Foster has neither established indigence, nor requested, paid, or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); ), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).

On May 28, 2024, the Court issued a notice, advising appellant that failure to pay the fee for the clerk's record or make payment arrangements for the preparation and filing of the clerk's record could result in dismissal of this appeal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant did not respond to our notice concerning the clerk's record.

Accordingly, we dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.